## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

NATHAN BENJAMIN,

    *Plaintiff*,

v.                                      Case No.:  8:15-cv-2034-T-17TGW

GTE FEDERAL CREDIT UNION d/b/a,
GTE FINANCIAL,

    *Defendant*.

_____/

## **DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Defendant GTE FEDERAL CREDIT UNION d/b/a GTE FINANCIAL ("Defendant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, states that there is no such corporation that would require disclosure under Fed. R. Civ. P. 7.1.

Dated:  September 21, 2015.

                                        Respectfully submitted,

                                        /s/ Frank S. Harrison
                                        Frank Harrison, FBN 099438
                                        Buchanan Ingersoll & Rooney PC
                                        501 E. Kennedy Boulevard
                                        Suite 1700
                                        Tampa, FL 33602
                                        Tel:     813 222 2027
                                        Fax:    813 229 8313
                                        Email: frank.harrison@bipc.com
                                        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                          /s/ Frank S. Harrison
                                          Frank Harrison, FBN 099438