UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATHAN BENJAMIN

v.  CASE No. 15-CV-2034-T-17TGW

GTE FEDERAL CREDIT UNION
d/b/a GTE FINANCIAL

## ORDER

THIS CAUSE came on for consideration upon the Motion to Appear *Pro Hac Vice* (Doc. 12). The motion does not indicate that counsel has, or will, complete the Special Admission Attorney Certification and pay the special admission fee of $150.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Appear *Pro Hac Vice* (Doc. 12) is **DENIED without prejudice.**

DONE AND ORDERED at Tampa, Florida, this 20th day of October, 2015.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE