**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NATHAN BENJAMIN,**

                                               CASE NO.: 8:15-cv-02034-EAK-TGW

    **Plaintiff,**

    v.

**GTE FEDERAL CREDIT UNION**
**d/b/a GTE FINANCIAL,**

    **Defendant.**

_____/

## MOTION TO APPEAR *PRO HAC VICE*

    NOW COMES counsel for the Plaintiff, Nathan Benjamin, and submits this Motion to Appear Pro Hac Vice on behalf of Gregory J. Gorski, showing this Honorable Court as follows:

    1.    Gregory J. Gorski is a resident of the Commonwealth of Pennsylvania and is a member in good standing of the Pennsylvania bar and a member of the bar of the U.S. District Court for the Eastern District of Pennsylvania.

    2.    Mr. Gorski does not regularly make appearances in cases in Florida to a degree constituting the regular practice of law in this state.

    3.    To the knowledge of Mr. Gorski, there are no pending or past disciplinary actions involving Mr. Gorski that would make him ineligible to practice before this Court.

    4.    Mr. Gorski is familiar with the Federal Rules of Civil Procedure and has familiarized herself with the Local Rules for the Middle District of Florida.

    5.    The undersigned counsel, Michael Tierney, is a member in good standing of the Florida bar and of the bar of this Court.

6. The undersigned counsel, Michael Tierney, hereby consents to serve and be designated as local counsel of record in this action.

WHEREFORE, Plaintiffs respectfully pray for the following relief:

(A) That this Court permit Gregory J. Gorski to appear *pro hac vice* in this action; and

(B) That this Court grant such other and further relief as is just and proper.

> Respectfully submitted,
>
> _____
> Michael Tierney
> Florida Bar No.643475
> Attorney for Plaintiff

Michael Tierney, P.A.
918 Beard Avenue
Winter Park, FL 32789
Tele. 407.740.0074
Fax. 407.740.0079
michael@tierneylaw.us